IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL WOOLLARD,                                    1:05-CV-00956 OWW TAG HC

           Petitioner,

    vs.                                                ORDER GRANTING MOTION TO
                                                   PROCEED IN FORMA PAUPERIS
CHUCK GILKEY, CALIFORNIA
CITY CORRECTIONAL CENTER,                           (Doc. 2)

           Respondent.
_____/

      Petitioner is a state prisoner proceeding pro bono with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      Petitioner has filed an application to proceed in forma pauperis and a certified copy of petitioner's prison trust account statement.   Examination of these documents reveals that petitioner is unable to afford the costs of this action.  Accordingly, the motion to proceed in forma pauperis (Doc. 2), is GRANTED.  See 28 U.S.C. § 1915.


IT IS SO ORDERED.

**Dated:   August 23, 2005**                    _____/s/ Theresa A. Goldner_____
j6eb3d                                          UNITED STATES MAGISTRATE JUDGE