UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

```
DANIEL WOOLLARD,              )
                              )
            Petitioner,       )      1:05-cv-956 OWW TAG
                              )
       v.                     )
                              )
CHUCK GILKEY,                 )      ORDER DIRECTING COUNSEL
et al.,                       )      TO PAY FEE OR PROVIDE
                              )      AUTHORITY
            Respondents,      )
_____)
```

    On July 26, 2005, petitioner in this action, represented by Ricardo J. Bascuas, was granted in forma pauperis status and the requirement of paying the filing was waived.

    At the time of filing the petition, counsel for plaintiff also submitted a pro hac vice application without submitting the required fee of $180.00.  Counsel was notified twice by the Office of the Clerk that such as fee was required.  On both occasions counsel responded that no fee was required due to the granting of the in forma pauperis status of the petitioner.

1

IT IS HEREBY ORDERED that counsel submit any legal authority which supports this proposition or the $180.00 filing fee within 20 days.  Failure to do so may result in the issuance of an order to show cause.

Dated: December 15, 2005           /s/ OLIVER W. WANGER
                                   _____
                                   OLIVER W. WANGER
                                   United States District Judge