UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL WOOLLARD, | ) | |
| | ) | |
| Plaintiff, | ) | 1:05-CV-956 OWW TAG HC |
| | ) | |
| v. | ) | |
| | ) | |
| CHUCK GILKEY, | ) | ORDER TO SHOW CAUSE |
| et al., | ) | |
| | ) | |
| Defendant | ) | |

To: Ricardo Bascuas, counsel for plaintiff

You are hereby directed to personally appear before this Court on Monday, February 27, 2006, at 10:00 a.m. to show cause why sanctions should not be imposed against you for failing to comply with the Order issued by this Court on December 16, 2006.

Any response to this order to show cause shall be filed by February 13, 2006.

Dated: January 20, 2006            /s/ OLIVER W. WANGER
                                   _____
                                   OLIVER W. WANGER
                                   United States District Judge

1