UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL WOOLLARD,<br><br>            Plaintiff,<br><br>    v.<br><br>CHUCK GILKEY,<br><br>            Defendant | 1:05-CV-956 OWW TAG HC<br><br>ORDER DISMISSING ACTION<br>WITHOUT PREJUDICE |

    The Court having been advised by plaintiffs counsel that the plaintiff has now been released from custody and that the petition for writ of habeas corpus is moot, this action is dismissed without prejudice.

Dated: February 28, 2006          /s/ OLIVER W. WANGER
                                  _____
                                  OLIVER W. WANGER
                                  United States District Judge

1